RIVERDALE REALTY COMPANY, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Riverdale Realty Co. v. City of New York,* 173 App. Div. 967, affirmed.
(Argued January 13, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1916, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. Plaintiff, the owner of property at the corner of West Seventy-ninth street and Riverside Drive in the city of New York, brought this action to restrain the defendants from erecting and maintaining a garbage and refuse dump near the foot of West Seventy-seventh street bordering the Hudson river. Plaintiff contended that the dump when constructed and in operation would be a nuisance in fact, and that it was being constructed in violation of certain statutes and for that reason was a nuisance in law.

*James R. Deering* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley, George P. Nicholson* and *John F. O'Brien* of counsel), for city of New York et al., respondents.

*Allan Lee Smidt* for Riverside Contracting Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.